JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN MILLIGAN,<br><br>   Plaintiff,<br><br>   vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, et. al.,<br><br>   Defendants. | Case No.: CV 22-6458-DMG (PDx)<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [62]** |

   Pursuant to the Parties' stipulation, Experian Information Solutions, Inc. is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.  As there are no further claims pending against any defendant, the above-captioned action is dismissed with prejudice in its entirety.  All scheduled dates and deadlines are VACATED.

   IT IS SO ORDERED.

DATED:  July 13, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE